UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 2 2 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Anthony Ray Jenkins,  )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 17-2422 (UNA)
 )
Superior Court of DeKalb County Georgia, )
 )
    Defendant. )

## MEMORANDUM OPINION

Plaintiff, a resident of Lithonia, Georgia, sues the Superior Court of DeKalb County, Georgia, "for a billion dollar[s] for the obstruction of justice and impeding the process" of his divorce, allegedly filed in 2004. Compl. at 1. This federal district court lacks jurisdiction to review the decisions of a state court. *Prentice v. U.S. Dist. Court for E. Dist. of Michigan, S. Div.*, 307 Fed. App'x 460, 460 (D.C. Cir. 2008) (per curiam); *see id.* (noting that "a challenge to a state court action must proceed through that state's system of appellate review rather than through a federal district court") (citing *Johnson v. De Grandy*, 512 U.S. 997, 1006 (1994) (other citations omitted)). In addition, the complaint is "patently insubstantial," which, too, deprives this court of subject matter jurisdiction. *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009); *see Caldwell v. Kagan*, 777 F. Supp. 2d 177, 178 (D.D.C. 2011) ("A district court lacks subject matter jurisdiction when the complaint 'is patently insubstantial, presenting no federal question suitable for decision.' ") (quoting *Tooley*, 586 F.3d at 1009). As a result, this case will be dismissed with prejudice. A separate order accompanies this Memorandum Opinion.

Date: January 19, 2018

/s/
United States District Judge